

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2018

No. 04-18-00268-CR

Andy **BARAJAZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR4718
Honorable Joey Contreras, Judge Presiding

# O R D E R

Appellant's brief was originally due October 1, 2018; however, the court has extended the deadline to November 13, 2018. On November 16, appellant filed another motion for extension of time, requesting an extension until December 17, 2018.

We grant the motion and **order** appellant's retained counsel, Edward F. Shaughnessy, III, to file the brief by **December 17, 2018** (77 days after the original due date). Counsel is advised that **no further extensions of time will be granted**. If the brief is not filed by the date ordered, the court will abate this appeal and remand the case to the trial court for a hearing to determine whether appellant or counsel has abandoned the appeal. *See* Tex. R. App. P. 38.8(b)(2). Counsel may also be ordered to appear before this court to show cause why he should not be held in contempt or otherwise sanctioned for failing to comply with this order.

We further order the clerk of this court to serve this order on counsel by email and by certified mail, return receipt requested, with delivery restricted to addressee only.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2018.



_____
Keith E. Hottle
Clerk of Court